FRANK LYNCH, Respondent, v. LACKAWANNA STEEL
COMPANY, Appellant.

*Lynch* v. *Lackawanna Steel Co.*, 140 App. Div. 882, affirmed.
(Argued November 1, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered July 25, 1910, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover for
personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Evan Hollister* for appellant.

*Frederick S. Jackson* and *Edmund L. Ryan* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WILLARD BARTLETT and COLLIN, JJ. Not voting:
HISCOCK, J.

---

ROLLAND M. BICKERSTAFF, Respondent, v. FRANK L.
PERLEY, Appellant.

*Bickerstaff* v. *Perley*, 137 App. Div. 919, affirmed.
(Argued November 2, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department, entered
March 25, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an
action to recover money alleged to be due for labor
performed and materials furnished.

*Franklin Bien* for appellant.

*George Edwin Joseph* and *Leon Laski* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, HAIGHT, VANN, WILLARD BARTLETT,
HISCOCK and COLLIN, JJ. Not voting: CULLEN, Ch. J.